UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALFRED B. LEVINE, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | C.A. No. 2:09-cv-00372-CE |
| | § | |
| SAMSUNG TELECOMMUNICATIONS | § | JURY TRIAL DEMANDED |
| AMERICA, LLC, SAMSUNG | § | |
| ELECTRONICS CO., LTD., SPRINT | § | |
| SOLUTIONS, INC., AT&T MOBILITY | § | |
| LLC, HTC USA, INC., INTERMEC | § | |
| TECHNOLOGIES CORPORATION, | § | |
| KYOCERA COMMUNICATIONS, INC. | § | |
| KYOCERA SANYO TELECOM, INC.; | § | |
| LG ELECTRONICS INC., LG | § | |
| ELECTRONICS, U.S.A., INC., | § | |
| MOTOROLA, INC., NORTEX | § | |
| COMMUNICATIONS COMPANY, | § | |
| PALM, INC., RESEARCH IN MOTION | § | |
| CORPORATION, SANYO NORTH | § | |
| AMERICA CORPORATION, SANYO | § | |
| ELECTRIC CO., LTD., T-MOBILE USA, | § | |
| INC., and CELLCO PARTNERSHIP | § | |
| d/b/a VERIZON WIRELESS. | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS AT&T MOBILITY LLC AND NORTEX
COMMUNICATIONS COMPANY'S UNOPPOSED
<u>MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL</u>**

Defendants AT&T Mobility LLC and Nortex Communications Company temporarily retained Vinson & Elkins LLP as counsel in the above-captioned case for purpose of filing their Unopposed Application for Extension of Time to Answer Complaint.

AT&T Mobility LLC and Nortex Communications Company now request that Juliet Dirba of Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, be allowed to

withdraw as counsel of record for AT&T Mobility LLC and Nortex Communications Company and removed from the electronic service list in this case.  Bryant C. Boren, Jr. of the law firm of Baker Botts L.L.P., 620 Hansen Way, Palo Alto, CA 94304 has entered an appearance as lead counsel for AT&T Mobility LLC and Nortex Communications Company in this case.

This withdrawal and substitution of counsel is not sought for purpose of delay.  For the reasons set forth above, AT&T Mobility LLC and Nortex Communications Company respectfully request that the Court grant this Motion to Withdraw and Substitute Counsel.

Dated: February 2, 2011

Respectfully submitted,

/s/ *Juliet M. Dirba*
Juliet M. Dirba
Texas Bar No. 24051063
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: 512-542-8400
Fax: 512-236-3278
jdirba@velaw.com

**Counsel for AT&T Mobility LLC. and Nortex Communications Company**

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Defendants has conferred with counsel for Plaintiffs, who agreed to the relief requested in this motion.

/s/ *Juliet M. Dirba*

**CERTIFICATE OF SERVICE**

    I certify that on February 2, 2011, all counsel of record were served with a copy of this document either: (1) by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a), if they have consented to electronic service, or (2) by facsimile if they have not so consented.

                                              /s/ *Juliet M. Dirba*
                                              Juliet Dirba